# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

ROCIO ASUNCION CARRASCO,

      Plaintiff,

v.                             CASE NO. 1:16-cv-25259-RNS

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANSUNION, LLC, and AMERICAN HONDA
FINANCE CORPORATION,

      Defendants.

_____/

## NOTICE OF PENDING SETTLEMENT

      Defendant, AMERICAN HONDA FINANCE CORPORATION, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                          Respectfully submitted,

                          /s/R. Carter Burgess
                          R. Carter Burgess, Esq.
                          Florida Bar No. 058298
                          10407 Centurion Parkway, N., Suite 200
                          Jacksonville, FL 32256
                          (904) 224-4498 (telephone)
                          (904) 212-1828 (facsimile)
                          cburgess@mcglinchey.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been

filed via the CM/ECF system on this 14th day of February, 2017.


<u>*/s/R. Carter Burgess*___</u>
Attorney

1239535.1