United States District Court
for the
Southern District of Florida

Rocio Asuncion Carrasco, Plaintiff, )
)
v. )
) Civil Action No. 16-25259-Civ-Scola
)
Experian Information Solutions, )
Inc., and others, Defendants. )

### Order Of Dismissal

The Plaintiff and the Defendant Experian Information Solutions, Inc., have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as to Experian Information Solutions only. (Stip. For Dismissal With Prejudice, ECF No. 32). Although the stipulation is self-executing, *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012), the Court enters this order to clarify that because Experian Information Solutions is the only remaining defendant, this stipulation ends this action. Accordingly, the Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in chambers, at Miami, Florida, on May 3, 2017.

_____
Robert N. Scola, Jr.
United States District Judge